E-FILED
Thursday, 07 May, 2026 03:50:43 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

FILED
MAY - 7 2026
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| SHANNON L. CARNAHAN<br>TERESA L. CARNAHAN,<br><br>Plaintiff,<br>V.<br><br>JOSHUA KARMEL,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 26-CV-1190 |

## COMPLAINT

We are asking the Judge to have our former Attorney Joshua Karmel of Karmel, Karmel and Torres to surrender my complete file. My wife and I have been dealing with this for 11 months. We have followed everything that was recommended for us to do and have not gotten any resolution with this.

My wife and I talked with an attorney Mr. Tom Gorman of Gorman Law on June 6, 2025 and he informed us that we need to terminate Mr. Karmel as our attorney. We did not realize that we had to terminate Mr. Karmel since he had not communicated with us for almost two years and we considered this as “ghosting us”. I immediately emailed Mr. Karmel as soon as we got off the phone with Mr. Gorman, to terminate him and request him for my file. I gave him a

week to get my file ready. I asked him to let me know if he was going to send it or if I needed to pick it up. Mr. Karmel did not respond.

My wife and I called Mr. Gorman on June 13, 2026, letting him know that we did not get a response. Mr. Gorman then told us he would try. Mr. Gorman has since tried to call and write a letter to Mr. Karmel to retrieve my file and has yet to get a response to this day.

On July 10, 2025 we had a meeting with our local State's Representative Jason Bunting and his staff about this situation that happened. Jason Bunting has also called Mr. Karmel many times and has not received any response to this day.

On November 21, 2025 my wife and I thought this was ridiculous. It has been 5 months that we have been waiting for my file. We found the location of his office and drove up to Chicago to get my file. When we got to the building we went to the Security Desk to make sure we knew where to go. Before we went to Mr. Karmel's office we noticed another attorney's office across from his as we exited the elevator. We thought we would stop in there to see if they could help us. The attorney who we talked to said that he would try to help us with getting my file, if we were not able to. He wanted us to let him know what happened. We left his office and proceeded to go to Mr. Karmel's.

At Karmel's office we had to ring the bell outside of the office to get someone to answer. A gentleman came to the door, unlocked the door and we asked if he was an attorney in that office. His name was Joe, he was not an attorney but a paralegal. Joe said that Mr. Karmel was not there. I explained to him why we were there. Joe said he could call Mr. Karmel to ask him about my file. Joe stepped back into the office, locked the door and proceeded to call Mr. Karmel. My wife and I are standing in the common hallway right outside the office while Joe is on the phone. Joe eventually comes to the door, unlocks it and brings himself a little outside the door. He then says to us "He is going to send your file. Now I need you to leave the building because I will

have to call security on you." We never entered the office. Joe goes back into the office, locks the door and gets back on the phone with Mr. Karmel. My wife said "Wait he is on the phone, let's see if he says anything else." A few minutes later Joe comes back out and once again informs us that "He will send it to you." My wife asks "How, by mailing it or emailing it." Joe was not sure. We both let Joe know we are documenting this all. We turned around to head back to the elevators to go back down to Security. When we reached Security, we let them know what happened. While we were there the phone rang and it was Joe. Security got off the phone and told us they were not going to do anything about us because we had done nothing wrong. We left the building shortly thereafter.

Monday November 24, 2025 my wife received an email from Mr. Karmel, asking her to make sure she calls before showing up unannounced. No, she won't call because that allows him to know that we are coming and he has already avoided all of us. My wife did look to see if he attached my file to this email, he did not. The documents that were attached to this email were the same six documents that we have on the lawsuit that was filed. To this day, I still have not received my file from him or has the attorney that is across hall from him been able to get the file for us.

We would like to add by saying that September 4, 2024 we filed a formal complaint against Mr. Karmel with the ARDC, for things that he did not follow through with after my lawsuit went through Summary Judgement in your court April 13, 2023. My wife and I were advised to do this by several attorneys that we spoke with, for the fact on how Mr. Karmel handled everything afterwards wrong. My wife had been in contact with an employee from ARDC named Nancy on May 12, 2025. She told my wife that she would need to look up some information and get back to her. It was not until December 10, 2025 my wife was able to connect with Nancy again after several months of trying. Nancy told my wife there was an email sent to your husband on April 23, 2025. I

immediately went up to recheck my email. I had not received anything from the ARDC on that date. Nancy said that she was going to resend the email and if we needed to add new information, put in a reply back with the email that was being resent. Once we received that email we discovered that on April 23, 2025 ARDC closed the case on Mr. Karmel because they found no wrong doing.

We followed the advice of Nancy and wrote them back with what has happened since. We let them know that Mr. Karmel has held my file from me and two other individuals for 8 months now and explained how we tried to get ourselves without luck and how we were treated. We also let them know that he has not ever presented us with an itemized bill, so we are not even sure where the money went. They responded on January 20, 2025 and still found no wrong doing. My wife called Nancy right away, because we found that by him withholding my file that is a violation with ARDC. Nancy told my wife she would call her back in a few minutes. Nancy thought that ARDC was going to reach out to Mr. Karmel for my file. Nancy called back a few minutes later and said "Yes they were going to write to him and call him about getting my file."

We heard back from the ARDC on March 4, 2026 by voicemail that they reached Mr. Karmel. His reply to them is that he sent my file at the end of November 2025. Nancy said to contact her if this is not right. We immediately wrote another complaint letting them know that this was false and he had not. We heard back from them yesterday May 6, 2026. Nancy left another voicemail saying that they have been in touch with Mr. Karmel and he is preparing my file. They are not sure how long this will take. Why is he preparing my file when he told them in March that he had sent it to us in November? Since this would be a violation with ARDC then we can't figure why they are not reprimanding him.

In conclusion, we hope that the Judge who is looking over this sees Mr. Karmel has done wrong and that you will be able to have him surrender my file. My wife and I could never have imagined all that we have had to go through just to be able to get my file would end up like this. We would think that when your former client and 3 other people are asking for this, you would just do it and not cause all these problems.

Respectfully,

Shannon L. Carnahan

S. Carnahan

Teresa L. Carnahan

Teresa L Carnahan

Dale E. Diller

Notary

OFFICIAL SEAL
Dale E. Diller
Notary Public, State of Illinois
My Commission Expires April 11, 2027

Shannon L Carnahan and Teresa L Carnahan
541 S. 5th St
Fairbury, IL 61739

Shannon L Carnahan
Phone Number: 309-212-4802
Email Address: shancarn@mediacombb.net

Teresa L Carnahan
Phone Number: 309-838-3085
Email Address: terry.carnahan6@gmail.com

FILED
MAY - 7 2026
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# UNITED STATES DISTRICT COURT
**for the Central District of Illinois**

Shannon L Carnahan
Teresa L Carnahan
Plaintiff,

v.

Joshua Karmel

Defendant(s).

Case No. 26-cv-1190

## PRO SE CIVIL RIGHTS COMPLAINT
## (Non-Prisoner)

**I. JURISDICTION**

Subject matter jurisdiction is invoked under 28 U.S.C. § 1331, 28 U.S.C. § 1343(a)(3), and/or 42 U.S.C. § 1983. List any additional bases for federal subject matter jurisdiction here:

**II. PARTIES**

**Plaintiff:**

A. Plaintiff, a citizen of Illinois (state), who resides at 3115 5th St Fairview IL 61739, alleges that his/her civil rights were violated by the individual(s) named below.

**Defendant #1:**

B. Defendant Joshua Karmel is employed as a
(a) (Name of First Defendant)

attorney
(b) (Position/Title)

with Karmel, Karmel + Torres 20 S Clark St #1720 Chicago IL 60603.
(c) (Employer's Name and Address)

*Check one of the following:*

☐This defendant **personally participated** in causing my injury, and I want **money damages**. Briefly describe how this defendant participated:

☐The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom:

**Defendant #2:**

C. Defendant________________________________________is employed as a
(a) (Name of Second Defendant)

______________________________________________________________________
(b) (Position/Title)

with____________________________________________________________________.
(c) (Employer's Name and Address)

*Check one of the following:*

☐This defendant **personally participated** in causing my injury, and I want **money damages**. Briefly describe how this defendant participated:

☐The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom:

**Defendant #3:**

D. Defendant ______________________________ is employed as a
(a) (Name of Third Defendant)

______________________________________________
(b) (Position/Title)

with ______________________________________________.
(c) ) (Employer's Name and Address)

***Check one of the following:***

☐This defendant **personally participated** in causing my injury, and I want **money damages**. Briefly describe how this defendant participated:

☐The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom:

**Additional Defendant(s) (if any):**

E. Using the outline set forth above, identify any additional Defendant(s), using additional pages, if necessary.

**III. PREVIOUS LAWSUITS**

A. Have you begun any other lawsuits in federal court? Yes
☐ ☐No

B. If your answer to "A" is YES, describe the lawsuit in the space below. ***If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.***

1. Parties to previous lawsuits:

Plaintiff(s):

Defendant(s):

2. Date of Filing:

3. Case Number:

4. Jurisdiction/Court:

5. Name of Judge:

6. Issues Raised:

7. Disposition of Case (for example: Was the case dismissed? Was it appealed? Is it still pending?):

8. Date of Final Disposition:

## IV. STATEMENT OF CLAIM

***State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you intend to allege several related claims, you must number and set forth each claim in a separate paragraph.***

1. On or about__________________(month,day,year), at approximately __________________

☐ a.m. ☐ p.m., plaintiff was present in the municipality (or unincorporated area of)

________________________________________________________, in the County of

________________________________________________, in the State of Illinois, at

_____________________________________________________________________________,

where defendant(s) violated plaintiff's civil rights as follows *(check each box that applies):*

- ☐ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
- ☐ searched plaintiff or his property without a warrant and without reasonable cause;
- ☐ used excessive force upon plaintiff;
- ☐ failed to intervene to protect plaintiff from violation of his/her civil rights by one or more other defendants;
- ☐ failed to provide plaintiff with necessary medical care;
- ☐ conspired together to violate one or more of plaintiff's civil rights;
- ☐ other *(please explain)*: ______________________________________________

______________________________________________________________________

______________________________________________________________________

2. Plaintiff was charged with one or more crimes, specifically:

___________________________________________________________________________

___________________________________________________________________________

3. The criminal proceedings *(check the box that applies):*

- ☐ are still pending.
- ☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.
- ☐ resulted in a finding of guilty on one or more of the charges.
- ☐ other:______________________________________________________________

_____________________________________________________________________________

_____________________________________________________________________________

4. Plaintiff further alleges as follows: ***Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.***

5. Defendant(s) acted knowingly, intentionally, willfully, and maliciously.

6. As a result of Defendant's conduct, plaintiff was injured as follows:

7. Plaintiff asks that this case be tried by a jury. ☐ Yes ☒ No

## V. PRAYER FOR RELIEF

Plaintiff requests that the Court grant the following relief:

1. Compensatory Damages in the amount of $ 0 to compensate for *(check all that apply)*:

   - ☐ bodily harm
   - ☐ emotional harm
   - ☐ pain and suffering
   - ☐ loss of income
   - ☐ loss of enjoyment of life
   - ☐ property damage

2. Punitive Damages: ☐ Yes ☒ No

3. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

**DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11**

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Date: 4/22/2026

Signature of Plaintiff: S. Carnahan Teresa L Carnahan

Plaintiff's Name ***(print clearly or type)***: SHANNON CARNAHAN Teresa L Carnahan

Mailing Address: 541 S 5th St 1

City: Fairbury State: IL Zip: 61739

Plaintiff's Telephone Number: (309) 212-4802 Shannon Carnahan
(309) 838-3085 Teresa Carnahan